51,354-12

RONROYAL J. OWENS
851492    NEAL UNIT
9055    SPUR    591
AMARILLO, TX 79107

AUGUST 23, 2015

COURT OF CRIMINAL APPEALS
HON. ABEL ACOSTA,. CLERK
P. O. BOX 12308
AUSTIN, TEXAS 78711-2308

Re: WR-51,354-12
    Petitioner's Writ of Mandamus
    Petitioner's Writ of Certiorari
    Petitioner's Writ of Procedendo

Dear Clerk:

On 6/18/2015, I combined and filed (as a single document) the following **three** state writs:

    1.   Petition For Writ of Mandamus;

    2.   Petition For Writ of Certiorari; and

    3.   Petition For Writ of Procedendo

Clerk, I am inquiring about the current status of each individual writ.

In your last notice to me, dated 6/18/2015, you informed me that my "writ of mandamus" was received and presented to the Court," under cause no. WR-51.354-12, but I did not receive notification about my writ of certiorari and writ of procedendo.

Please inform me of the current status of each individual writ.

Thank you.

Sincerely,

Ronroyal J. Owens

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 0 2 2015

Abel Acosta, Clerk